■ ISABELL M. MALONEY, Appellant, v LONG ISLAND TRUST COMPANY, as Executor of Francis D. Maloney, Deceased, Respondent.—In an action for moneys due under a separation agreement, the plaintiff wife appeals from so much of an order-judgment (one paper) of the Supreme Court, Nassau County, entered June 24, 1975, as, upon her motion for summary judgment, dismissed the second cause of action of the complaint. Order-judgment affirmed insofar as appealed from, without costs. There is nothing in the separation agreement, express or implicit, to indicate the parties' intention

that the husband's obligations pursuant to subdivision (c) of paragraph 9 of the agreement were to survive his death (see *Matter of Kaltsounis,* 75 Misc 2d 545, 548). Rabin, Acting P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.